UNITED STATES OF AMERICA vs                                   Docket No. SACR11-00182-MLG

**Defendant**  Israel Septimo-Rubio

## JUDGMENT AND COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on this date

of : September 1, 2011

**COUNSEL:** _X_ **WITH COUNSEL** Kenneth Reed

**PLEA:** _X_ **GUILTY**

**OFFENSE:** Improper Entry by an Alien, in violation of 8 U.S.C. § 1325(a), as charged in the Single Count Information.

## FINDINGS:
The Court finds that the defendant is fully competent to plead guilty to the charge alleged in the information of violating 8 U.S.C. § 1325(a); and that the defendant's plea of guilty: (a) has a factual basis; (b) is freely given, without any coercive influence of any kind; (c) is voluntarily made with the defendant's full knowledge of the nature of the charge against him (her) and the consequences of his (her) guilty plea; and (d) is made without the defendant having been induced by any promises of any kind made to him (her) by anyone, or by any threats or coercion exerted upon him (her) in any manner. The Court further finds pursuant to Fed. R. Crim P. 32(c)(1)(ii) that the information in the record is sufficient to enable the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, without a pre-sentence investigation and report, and to sentence defendant.

## JUDGMENT AND COMMITMENT ORDER:
The defendant is adjudged GUILTY and convicted of the offense of improper entry by an alien, in violation of 8 U.S.C. § 1325(a), as charged in the one-count Information. In accordance with the terms of the written plea agreement filed August 26, 2011, the Court sentences the defendant as follows:

Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months. It is further ordered the defendant shall pay to the United States a special assessment of $10.00. The Court **recommends** that the defendant be designated for housing at the Santa Ana Jail or a local facility in Southern California, preferably in the Central District of California.

DATED: September 7, 2011

MARC L. GOLDMAN
U. S. Magistrate Judge

It is ordered that the Clerk deliver a certified copy of this Judgment and Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed: September 7, 2011          By_____
                                        Deputy Clerk

U.S.A. v. Israel Septimo-Rubio

SACR11-00182-MLG

Date:_____

**RETURN**

I have executed the within Judgment and Commitment as follows: Defendant delivered on
to
Defendant noted on appeal on
Defendant released on
Mandate issued on
Defendant's appeal determined on
Defendant delivered on             to
at
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By: _____
_____                    Deputy Marshal
        Date

# NOTICE PARTY SERVICE LIST

Case No. SCR11-00182-MLG  Case Title United States of America v. Israel Septimo-Rubio

Title of Document Judgment and Commitment Order

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| ✓ | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| ✓ | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| ✓ | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| ✓ | US Marshal Service -Santa Ana (USMSA) |
| ✓ | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk ts

G-75 (08/08)  NOTICE PARTY SERVICE LIST